■ In the Matter of HENRIETTA KNAPP, Respondent, v JACK KNAPP, Appellant. [668 NYS2d 531] —Order unanimously affirmed

without costs for reasons stated in decision at Genesee County Family Court, Graney, J. (Appeal from Order of Genesee County Family Court, Graney, J.—Visitation.) Present—Pine, J. P., Lawton, Wisner, Callahan and Boehm, JJ.